United States District Court

For The

Eastern District Of Tennessee

At Chattanooga

1:26-mc-36

Robert Drayton Bowen
Plaintiff,

v.

See Attachment A
Defendants

Case No.

FILED

JUL 1 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Jury Trial Demanded

# COMPLAINT FOR VIOLATION
## OF CIVAL RIGHTS
### (Non-Prisoner Complaint)

## Jurisdiction

1. This claim arises under 42 U.S.C. § 1983 for the deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law].

## Venue

2. This venue is appropriate in this district because it is where the defendant (s) violated the law.

## The Parties

3. The Parties to this Complaint

   A. The Plaintiff

      Robert Drayton Bowen
      925 Ridge Rd. W.
      Crossville, TN 38572
      Bledsoe County
      (423) 790-4712
      risetobeheard@gmail.com

   B. The Defendants

      1. Weston Wamp (County Mayor)
         625 Georgia Ave.
         Chattanooga, TN 37402
         Hamilton County
         (423) 209-6100

                          Official Capacity

      2. Ken Smith (Hamilton County Commission Chairman)
         625 Georgia Ave. Room 208
         Chattanooga, TN 37402
         Hamilton County
         (423) 209-7200

                          Official Capacity

2

3. Lee Helton (Hamilton County Commission Chairman
   625 Georgia Ave. Room 208        Pro-Tempore)
   Chattanooga, TN 37402
   Hamilton County
   (423) 209-7200
                          Official Capacity


4. Austin Garrett (Hamilton County Sheriff)
   600 Market St.
   Chattanooga, TN 37402
   Hamilton County
   (423) 209-7000
                          Official Capacity


5. Timothy A. Davis (Deputy Chief of Corrections)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
                          Official Capacity




           See Page 7




                    3

## Statement Of Facts

4. The Complaint

A. Quality Correctional Health Care (Defendant QCHC) has provided enadequate health care services to Plaintiff Bowen. Delayed timing to see the eye doctor, failure of following new eye doctor's orders, and proper supplying the medication as prescribed to Plaintiff Bowen. Plaintiff Bowen's medication has been placed in other inmates hands, dropped on the floor, and Plaintiff Bowen has been handed other inmates' medication. Timing of medication distribution has been delayed deliberately. Plaintiff Bowen claims Deliberate indifference.

B. Other Parties indirectly responsible:

1. Mayor Weston Wamp (Defendant Wamp) is responsible as an ex officio inspector. Defendant Wamp's duties include visiting and examine the county jail at least once a month; Establish rules for the health, sanitation, and behavior of inmates; Safety and Security; and submit reports to the county legislative body (county commission) on the state of the county jail and inmates.

2. Ken Smith (Defendant Smith) and Lee Helton (Defendant Helton) are the county commission chairman and chairman pro-tempore. Defendant Smith and Defendant Helton are

4

responsible for controlling, maintaining, and supervising county property, including the county jail. They are responsible for receiving bids and authorizing contracts.

3. Sheriff Austin Garrett (Defendant Garrett) has the ultimate responsibility for the safety and operations of the county jail.

4. Deputy Chief of Corrections Timothy A. Davis (Defendant Davis) is to maintain oversight and accountability for the safety, security, and daily operations of the county jail. As the second in command, Defendant Davis is responsible for setting operational standards and ensuring their adherence.

5. Supporting Facts and witnesses

A. Plaintiff Bowen has made request and grievances on the Kiosk system. Grievance # 914880 on 01/20/2026, titled "I was told to make this a grievance per Swafford", is one example.

B. Plaintiff Bowen believes these witnesses will provide simular testimony to these facts

    Thomas Leighton

5

Randy Vega

Corey Lamarous Davis

Request For Relief

6. Requesting Relief

A. Plaintiff Bowen respectfully request that the Court:

1. Grant Plaintiff Bowen compensatory and punitive damages,

2. Grant Injunctive Relief; by orders to correct violations and properly maintain services and medications,

3. Grant Plaintiff Bowen reasonable cost and attorney's fees pursuant to any applicable doctrine or legal theory,

4 Cost of Suit, and

5 Grant Plaintiff Bowen any additional legal and equitable relief to which he is entitled.

Respectfully Submitted,

Robert D. Bowen

6

925 Ridge Rd. W.
Crossville, TN 38572
(423) 790-4712
risetobeheard@gmail.com

3B. Con't from Page 3

6. Quality Correctional Health Care
   200 Narrows Pkwy. Suite A
   Birmingham, AL 35242
   Jefferson County
   (205) 437-1512
                    Official Capacity

7. Dr. Jane Doe (New Medical Supervisor)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
   Individual Capacity and Official Capacity

Case 1:26-mc-00036-TAV-MJD   Document 1   Filed 07/16/26   Page 7 of 8   PageID #: 7

Defendant List

Weston Wamp

Ken Smith

Lee Helton

Austin Garrett

Timothy A. Davis

Quality Correctional Health Care

Dr. Jane Doe